1

2

3

4

5

6

7                           UNITED STATES DISTRICT COURT

8                      FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   D'ANDRE DAVIS,                              No.  2:13-cv-2570 WBS DAD P

11                   Petitioner,

12        v.                                     ORDER

13   G. D. LEWIS,

14                   Respondent.

15

16           Petitioner has requested the appointment of counsel.  There currently exists no absolute

17   right to appointment of counsel in habeas proceedings.  See Nevius v. Sumner, 105 F.3d 453, 460

18   (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage

19   of the case "if the interests of justice so require."  See Rule 8(c), Fed. R. Governing § 2254 Cases.

20   In the present case, the court does not find that the interests of justice would be served by the

21   appointment of counsel at the present time.

22           Petitioner has also requested an extension of time to file a traverse.  Good cause

23   appearing, the court will grant petitioner's request.

24           Accordingly, IT IS HEREBY ORDERED that:

25           1.  Petitioner's motion for appointment of counsel (Doc. No. 19) is denied;

26           2.  Petitioner's motion for an extension of time to file a traverse (Doc. No. 20) is granted;

27   and

28   /////

                                                    1

1       3.  Petitioner is granted thirty days from the date of service of this order in which to file

2  and serve his traverse.

3  Dated:  September 9, 2014

4

5  DAD:9:kly

6  davi2570.110

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE