IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D'ANDRE DAVIS,<br><br>                Petitioner,<br><br>        vs.<br><br>CLARK E. DUCART, Warden, Pelican Bay State Prison,<br><br>                Respondent. | No. 2:13-cv-02570-JKS<br><br>ORDER<br>[Re: Motion at Docket No. 33] |

       This Court denied D'Andre Davis, a state prisoner proceeding *pro se*, habeas relief and a certificate of appealability on January 5, 2015. Docket Nos. 26, 27. At Docket No. 29, the Court granted Davis' request for an extension of time to file a notice of appeal. Davis timely filed a notice of appeal dated March 18, 2015. Docket No. 30. At Docket No. 33, Davis filed a request for a certificate of appealability. Because this Court has already denied Davis a certificate of appealability, it appears that Davis inadvertently filed his motion with this Court rather than the Court of Appeals.

       **IT IS THEREFORE ORDERED THAT** the Clerk of Court is directed to transfer Davis' Motion for a Certificate of Appealability at Docket No. 33 to the Ninth Circuit Court of Appeals.

       Dated: March 26, 2015.

                                                        /s/James K. Singleton, Jr.  
                                                        JAMES K. SINGLETON, JR.  
                                                         Senior United States District Judge